E-FILED IN OFFICE - TB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**25-C-02971-S5**
**3/14/2025 3:23 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**JAMES LEIGH & LISA LEIGH**

CIVIL ACTION
NUMBER: ___25-C-02971-S5___

PLAINTIFF

VS.

**ALLSTATE VEHICLE & PROPERTY INSURANCE CO.**

**c/o CT CORP - 289 S. Culver St.**

**Lawrenceville, Georgia 30046**

DEFENDANT

# EXHIBIT "A"

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Michael B. Weinstein - Weinstein & Black, LLC
3050 Amwiler Rd., Ste. 200-C
Atlanta, GA 30360

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____14th day of March, 2025_____, 20_____.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - TB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**25-C-02971-S5**

**3/14/2025 3:23 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JAMES LEIGH & LISA LEIGH** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **FILE NO.** 25-C-02971-S5 |
| | ) | |
| **ALLSTATE VEHICLE & PROPERTY** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

**COME NOW**, James Leigh and Lisa Leigh ("Plaintiffs"), and file this Complaint against Allstate Vehicle & Property Insurance Company ("Defendant"), showing this Honorable Court the following:

1.

Defendant is a foreign insurance company with a principal place of business located at 3100 Sanders Road, Suite 201, Northbrook, Illinois, 60062. Defendant may be served with this lawsuit through its registered agent, CT Corporation, at 289 S. Culver Street, Lawrenceville, Georgia 30046, or as otherwise allowed through applicable law.

2.

This Court has jurisdiction of this matter sounding in breach of contract.

3.

Venue is proper in this Court as Defendant's registered agent is located in Gwinnett County and the property in question is located in Gwinnett County.

4.

On or about March 20, 2023, Plaintiffs' home, located at 2860 Angel Oak Circle, Dacula, Georgia 30019, suffered extensive damage as a result of a fire.

5.

At the time of the fire, Plaintiffs had an existing homeowner's insurance policy with Defendant, Policy No. 985 768 994 (the "Policy"), in which in exchange for

1

payment of a premium by Plaintiffs, Defendant agreed to provide property and casualty insurance coverage for the rental home.

6.

Shortly after discovering the damage, Plaintiffs notified Defendant, and Defendant assigned it Claim Number 0707019220 (the "Claim").

7.

Although Defendant has acknowledged coverage and issued partial payment for the damages sustained, Defendant has failed to properly pay for all damages sustained by Plaintiffs, including, but not necessarily limited to, failing to pay for all damages to their home and to their personal property.

8.

Despite repeated requests for full payment of all damages sustained, Defendant has continued to refuse to pay for same.

9.

In fact, on August 13, 2024, Plaintiffs, through their public adjuster, sent written demand to Defendant to fully pay for all damages sustained, and specifically referenced Georgia's bad faith statute, § O.C.G.A. 33-4-6.

10.

However, despite receiving this demand, Defendant has refused to issue payment for all damages sustained.

11.

As a result of Defendant's failure to pay for all damages sustained, Defendant has breached the Policy, and in doing so, has acted in bad faith as provided for in O.C.G.A. § 33-4-6, and has caused damages to Plaintiffs in an amount to be determined at trial.

## COUNT I
## BREACH OF CONTRACT

12.

Plaintiffs hereby incorporate by reference their allegations set forth in paragraphs 1 through 11 above.

13.

The Policy constitutes a valid, binding contract between Plaintiffs and Defendant, and pursuant to the terms and conditions contained therein, the Claim is a covered loss under the Policy, and should be paid in an appropriate manner.

14.

Defendant has breached the Policy by refusing to provide proper compensation for all damages sustained by Plaintiffs, with said amount to be determined at trial.

## COUNT II – BAD FAITH DAMAGES PURSUANT TO O.C.G.A. § 33-4-6

15.

Plaintiffs hereby incorporate by reference their allegations set forth in paragraphs 1 through 14 above.

16.

On August 13, 2024, Plaintiffs, through their public adjuster, made written demand to Defendant to pay for all damages sustained.

17.

Despite receiving the August 13, 2024 demand, Defendant has refused to issue payment for all damages sustained.

18.

More than sixty (60) days have elapsed between the August 13, 2024 demand and the initiation of this lawsuit, and the refusal of Defendant to acknowledge coverage of the Claim and pay it in full constitutes bad faith, and pursuant to O.C.G.A. § 33-4-6, Plaintiffs are entitled to recover up to an additional fifty percent (50%) of their damages and their attorney's fees and court costs.

## PRAYER

WHEREFORE, Plaintiffs respectfully pray they be granted judgment in their favor and against Defendant, for:

a.  The full amount of the damages sustained to their home and personal property as a result of the Claim;

b.  Bad faith damages pursuant to O.C.G.A. § 33-4-6;

c.  Pre and post-judgment interest; and

3

d.  All other damages deemed just by this Honorable Court and a jury of Plaintiffs' peers;

**PLAINTIFFS REQUEST A JURY OF TWELVE (12) PERSONS ON THE ISSUES AS JOINED BY THE PLEADINGS.**

Respectfully submitted this 14th day of March 2025.

**WEINSTEIN & BLACK, LLC**

/s/Michael B. Weinstein
Michael B. Weinstein, Esq.
Georgia Bar No. 746386
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
(404) 228-2629 (O)
mike@wblegal.net

*Attorney for Plaintiffs*

4